AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 6:25cr00003
SUBJECT PARCEL AS DESCRIBED IN ATTACHMENT )
A TO AFFIDAVIT OF US POSTAL INSPECTOR )
STEVERSON DATED APRIL 29, 2024 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A which is attached hereto to the affidavit for a search warrant and incorporated herein by reference.

located in the _____ District of ____South Carolina____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B which is attached hereto to the affidavit for a search warrant and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), 843(b), & 846 | Possession with intent to distribute controlled substances, use of communication facility (US Mail) in the commission of a felony, Conspiracy |

The application is based on these facts:
See Affidavit attached hereto for a search warrant and incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Breslin S. Steverson US Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: 4/29/24

_____
Judge's signature

City and state: Greenville, South Carolina    Kevin F. McDonald, United States Magistrate Judge
Printed name and title